**Opinion issued November 17, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00300-CV

————————————

**SUMMIT INDUSTRIAL CONSTRUCTION LLC, Appellant**

**V.**

**UTICA EAST OHIO MIDSTREAM, LLC, Appellee**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-03174**

---

## MEMORANDUM OPINION

Appellant Summit Industrial Construction, LLC has filed an unopposed motion to dismiss its appeal. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.